SEALED

E-FILED
Tuesday, 10 May, 2022  11:02:01 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 0 4 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-CR-20032 |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Section 924(c); |
| ) | Title 21, United States Code, |
| DEMARCO WALKER, ) | Sections 841(a)(1), (b)(1)(D), and 856 |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
**(Possession of Marijuana With Intent to Distribute)**

**THE GRAND JURY CHARGES:**

On or about December 30, 2021, in Vermilion County, in the Central District of Illinois,

**DEMARCO WALKER**,

defendant herein, knowingly possessed with the intent to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

## COUNT 2
### (Maintaining a Drug-Involved Premises)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but no later than on or about December 13, 2021, and continuing to on or about December 30, 2021, in Vermilion County, in the Central District of Illinois,

**DEMARCO WALKER**,

defendant herein, did unlawfully and knowingly open, use, and maintain a place located at 917 Hazel Street, Danville, Illinois, for the purpose of distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY CHARGES:

On or about December 30, 2021, in Vermilion County, in the Central District of Illinois,

**DEMARCO WALKER,**

defendant herein, did knowingly possess a firearm, that is, a Glock 9mm handgun bearing serial number BSBL982, in furtherance of drug trafficking crimes which may be prosecuted in a court of the United States, those being: (1) the possession of marijuana with the intent to distribute as charged in Count One, and (2) maintaining a drug-involved premises as charged in Count Two.

In violation of Title 18, United States Code, Sections 924(c).

A TRUE BILL,

s/Foreperson

FOREPERSON

s/Douglas Quivey

GREGORY K. HARRIS
UNITED STATES ATTORNEY
BDF  BDF

3